**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**RAYMOND GENEVISH, for**
**himself and on behalf of those**
**similarly situated,**

     **Plaintiff,**

**v.**                            **Case No. 8:25-cv-2066-AAS**

**LARGO PIPING & GAS, INC.,**
**and AARON WORKMAN,**

     **Defendants.**
_____/

## <u>ORDER</u>

Plaintiff Raymond Genevish moves for an order to compel Defendants Largo Piping & Gas, Inc. (Largo) and Aaron Workman to (1) provide complete responses to Plaintiff's First Set of Interrogatories and Requests for Production of Documents, (2) pay Plaintiff's attorneys $579.00 in fees and costs as previously ordered (Doc. 35) by the court, and (3) pay Plaintiff's counsel an additional $760.00 for the conferral communications and subsequent preparation of the instant motion to compel. (Doc. 45). The defendants responded. (Doc. 47). The defendants' counsel "fully concedes that Plaintiffs have made legitimate discovery requests that remain outstanding despite [Attorney Berman's] best efforts to meet." (Doc. 47, p. 2).

Attorney Berman intends to withdraw as counsel for the defendants. On

June 2, 2026, the court denied Attorney Berman's motion to withdraw (Doc. 46) without prejudice for failure to comply with the Local Rules. (Doc. 50). Mr. Berman has not yet renewed his motion to withdraw.

The defendants request the motion to compel either be denied without prejudice pending the defendants obtaining new counsel or granted with an extended deadline to comply. (Doc. 47, pp. 2–3). The current discovery deadline is August 3, 2026.

Accordingly, the motion to compel (Doc. 45) is **GRANTED**. The defendants are required to respond to the Interrogatories and produce the documents by **June 30, 2026.**

In addition, the plaintiff is awarded the costs and fees incurred in bringing this motion. The defendants must pay $760 to the plaintiff for costs incurred in bringing this motion by **June 30, 2026.** Further, the defendants are ordered to pay the $579.00 in costs and fees owed to the plaintiff (Doc. 35) by **June 30, 2026.**

**ENTERED** in Tampa, Florida, on June 12, 2026.

*Amanda Arnold Sansone*

AMANDA ARNOLD SANSONE
United States Magistrate Judge

2